UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DOMINICK TRAPASSO,<br><br>　　　　　　　Defendant. | Case No. EDCR 08-00036 - OP<br><br>ORDER AND JUDGMENT FOLLOWING HEARING ON PETITION ON PROBATION VIOLATION REPORT |

　　　　This matter came on regularly for an evidentiary hearing on March 30, 2010, on the Petition on Probation and Supervised Release and Violation Report of February 23, 2010. Deputy Federal Public Defender Jesus Bernal was present on behalf of Defendant Robert Dominick Trapasso who was also present. Assistant United States Attorney Corey Lee was present on behalf of the United States. United States Probation Officer Rosa Huertas was present on behalf of the United States Probation Office.

　　　　Counsel for both sides submitted the matter on the pleadings filed with the Court and the oral argument as stated on the record. The Court also considered Plaintiff's Exhibit #1 and considered the Defendant's letters in Support of Robert Trapasso filed March 30, 2010. (Dkt. No. 54.) Further, the matter was submitted for immediate disposition.

　　　　The Court finds Defendant in violation of the terms and conditions of probation as set forth in the Judgment and Probation/Commitment Order entered by this Court on October 7, 2010. (See Dkt. No. 43.)

IT IS ORDERED that Defendant's previously imposed term of probation is hereby REVOKED, VACATED, and SET ASIDE.

IT IS ADJUDGED that Defendant, Robert Dominick Trapasso, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a term of three days, to which Defendant shall receive credit for time served, to be followed by a twelve month term of supervised release, pursuant to 18 U.S.C. § 3583(b)(3), under the original terms, along with the imposition of the following conditions:

(1) Defendant shall reside at and participate in a Residential Reentry Center (RRC) program under the community correctional component as approved by the Probation Officer, and shall observe the rules of that facility, for a period not to exceed 180 days or until discharged by the program director pursuant to 18 U.S.C. § 3563(b)(11). The subsistence fee shall be waived;

(2) Defendant shall submit to one drug test within fifteen days of the commencement of supervision release and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the U.S. Probation Office, pursuant to 18 U.S.C. § 3563 (a)(5);

(3) Defendant shall comply with the Los Angeles County Superior Court Order, under Case No. OJB 01044, requiring him to enroll within thirty days and successfully complete a fifty-two week Domestic Violence Treatment Program; attend all counseling sessions and keep all program appointments, pursuant to 18 U.S.C. § 3563 (a)(4), a mandatory condition for a domestic violence crime;

(4) Defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of Defendant's person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by Defendant. A search may be conducted by any

|   |   |   |
|---|---|---|
| 1 |   | Probation Officer in the lawful discharge of the Officer's supervision |
| 2 |   | functions; |
| 3 | (5) | Defendant shall participate in mental health treatment, which may include |
| 4 |   | evaluation and counseling, until discharged from the treatment by the |
| 5 |   | treatment provider, with the approval of the U.S. Probation Office; |
| 6 | (6) | Defendant shall pay all or part of the costs of treating his psychiatric |
| 7 |   | disorder to the aftercare contractor during the period of community |
| 8 |   | supervision, pursuant to 18 U.S.C. § 3672, and shall provide payment and |
| 9 |   | proof of payment, as directed by the U.S. Probation Office; |
| 10 | (7) | The Court authorizes the U.S. Probation Office to disclose any previous |
| 11 |   | mental health evaluations or reports to the treatment provider. The |
| 12 |   | treatment provider may provide information, excluding the Presentence |
| 13 |   | Report, to State or local social service agencies, such as the State of |
| 14 |   | California, Department of Social Services, for the purpose of Defendant's |
| 15 |   | rehabilitation; and |
| 16 | (8) | The Court will consider early termination of supervision after six months |
| 17 |   | upon motion by Defendant or Counsel, pursuant to 18 U.S.C. § 3583(e); |
| 18 | (9) | The bond is hereby exonerated; and |
| 19 | /// |   |
| 20 | /// |   |
| 21 | /// |   |
| 22 | /// |   |
| 23 | /// |   |
| 24 | /// |   |
| 25 | /// |   |
| 26 | /// |   |
| 27 | /// |   |
| 28 | /// |   |

(10) Defendant is informed of his right to appeal the sentence imposed to a District Judge within fourteen days of the entry of this Judgment, pursuant to Fed. R. Crim. P. 58(c)(4), (g)(2)(B).

**IT IS SO ORDERED.**

DATED: April 1, 2010



HONORABLE OSWALD PARADA
United States Magistrate Judge

Clerk of Court, Central District of California

By   Jim Holmes   /s/
Relief Courtroom Deputy Clerk

